30

United States District Court
Southern District of Texas
ENTERED

JUL 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| PEDRO COVARRUBIAS, JR. § | |
| § | |
| VS. § | C. A. NO. B-96-195 |
| § | |
| CITY OF BROWNSVILLE, TEXAS, § | |
| ET AL. § | |

### ORDER SUBSTITUTING ATTORNEY OF RECORD

**BE IT REMEMBERED** that on this 2 day of July, 1998, came on to be heard the Motion to Withdraw and Substitute Attorney of Record in the above entitled and numbered cause, and the Court having considered the same, is of the opinion that said Motion is good and should be granted. It is, therefore,

**ORDERED, ADJUDGED and DECREED**, that the said **CINDY A. GARCIA**, State Bar No. 07631710, HIRSCH, SHEINESS & GARCIA, P.L.L.C., 222 West Harrison, Suite B, Harlingen, Texas 78550; Telephone: (956) 412-7123; Facsimile: (956) 428-9171, be substituted in the place and stead of **TIMOTEO E. GOMEZ** as attorney of record for **CITY OF BROWNSVILLE POLICE DEPARTMENT, VICTOR RODRIGUEZ, CITY OF BROWNSVILLE CHIEF OF POLICE and RAY SALINAS, JR., CITY OF BROWNSVILLE POLICE OFFICER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY**, Defendants in the above entitled and numbered cause.

Signed this 2nd day of July, 1998.

**JUDGE PRESIDING**


APPROVED AS TO FORM
AND SUBSTANCE:

By: *Timoteo E. Gomez*
**TIMOTEO E. GOMEZ**
State Bar No. 08115550

By: _____
**CINDY A. GARCIA**
State Bar No. 07631710