33

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Covarrubias §
§
versus §
§      CIVIL ACTION 96-195
City of Brownsville §
§

United States District Court
Southern District of Texas
ENTERED
NOV 12 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

### Order Setting Hearing

1. A hearing will be held before Judge Hilda G. Tagle on:

   __12-17__, 1998
   at __9:00 A.__m.

   Courtroom, Fourth Floor
   United States Court House
   500 East Tenth Street
   Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on __November 10__, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.