34

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Covarrubias
versus

City of Brownsville

§
§
§
§
§
§

CIVIL ACTION B- 96-195

United States District Court
Southern District of Texas
ENTERED
DEC 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

### Order Setting Trial

1. Trial: Estimated time to try: _____ days.         ☐ Bench     ☐ Jury

2. Joint pretrial order is due: _____
   *The plaintiff is responsible for filing the pretrial order on time.*

3. A final pretrial conference and docket call is set:   July 1, 1999
   *The case will remain on standby until tried.*                    1:30 p.m.

4. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed December 15th, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

6

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 17 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PABLO MARTINEZ BARRIENTOS | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-167 |
| | § | |
| RIO GRANDE FORWARDING CO., | § | |
| INC., and LORENZO BLANCO | § | |

## ORDER GRANTING AGREED MOTION FOR REMAND

Came on to be considered the Agreed Motion for Remand, and the Court, after finding that the motion is meritorious, does hereby grant the motion; and accordingly, it is hereby,

ORDERED that the case be REMANDED to the 103rd District Court of Cameron County, Texas.

Signed and Entered on this the _14_ day of _December_, 1998.

_____
JUDGE PRESIDING