IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 15 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PEDRO COVARRUBIAS, JR. | * |
| VS. | * |
| CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE DEPARTMENT, VICTOR RODRIGUEZ, CITY OF BROWNSVILLE CHIEF OF POLICE, AND RAYMUNDO SALINAS, JR., CITY OF BROWNSVILLE POLICE OFFICER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY | * CIVIL ACTION NO. B-96-195 |

## ORDER

On this the __14__ day of __Jan__, 1999, came to be considered Plaintiff's Motion for Leave to File Plaintiff's Seventh Amended Complaint.

After consideration of the motion, its contents, and argument of counsel, it is the finding of this Court that said Motion should be **GRANTED**, therefore;

**IT IS ORDERED** that Plaintiff's Motion for Leave to File Plaintiff's Seventh Amended Complaint is **GRANTED**, and that Plaintiff's Seventh Amended Complaint be considered filed as January __14__, 1999.

**SIGNED** on this the __14__ day of __Jan__, 1999.

_____
JUDGE PRESIDING