| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

JUN 28 1999

Michael N. Milby, Clerk of Court

| PEDRO COVARRUBIAS, | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION B-96-195 |
| | § | |
| CITY OF BROWNSVILLE, ET AL., | § | |
| Defendants. | § | |

# Mediation Order

1. *Appointment.*

   Under Local Rule 20, this case is referred for mediation:

   > Leonel Alejandro
   > 2025 Central Boulevard
   > Brownsville, Texas 78520

   Mediation is a mandatory, nonbinding settlement conference in which the parties attempt to resolve their differences with the assistance of a neutral third-party.

2. *Procedure.*

   A. Within five business days from the entry of this order, all counsel must contact the mediator to arrange the mediation. If there is no agreement, the mediator will select a date, and the parties must appear as directed by the mediator.

   B. Mediation must occur by August 6, 1999.

   C. All proceedings in a mediation are confidential and privileged. No subpoena, summons, or discovery paper shall be served on a participant en route to or from or at a mediation session.

   D. Within ten days of the mediation, the mediator will file with the clerk the memorandum required by Local Rule 20.K.1. No information about the mediation, other than that memorandum, may be given to the court by anyone.

3. *Requirements.*

   A. Counsel and the parties shall endeavor in good faith to resolve the case through mediation.

   B. Each party must be present during the entire mediation. Individual parties must appear in person; others must appear by a principal, partner, officer, or other official with authority to negotiate and to commit.

   C. If insurance companies must be involved in a settlement, a representative from each company with authority to negotiate and to agree must attend the mediation.

4. *Fee.*

The mediator, in consultation with the parties, will determine the fee for the mediation. The parties shall divide the fee equally per capita unless otherwise agreed. Fee disputes will be heard by the court by motion *after* the mediation.

5. *Scheduling Order.*

All dates in the scheduling order are suspended. If mediation is unsuccessful, the court will enter a scheduling order.

Everything is stayed except for extraordinary emergency motions.

SIGNED on _____, 1999 at Brownsville, Texas.

                                                    Hilda G. Tagle
                                          United States District Judge