48

United States District Court
Southern District of Texas
ENTERED

SEP 01 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Pedro Cardenas Urias, Jr.  §
§
versus                     §     CIVIL ACTION B- 96-195
§
City of Brownsville, Texas §
§

## Order Setting Conference

1. A status conference will be held on:

    __09-29__, 1999

    at __2:00__ __p__.m.

    Courtroom, Third Floor
    United States Courthouse
    600 East Harrison Street, #306
    Brownsville, Texas 78520.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear *in person* by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed __August 31st__, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge