51

UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PEDRO COVARRUBIAS, JR. § | |
| § | |
| VS. § | C. A. NO. B-96-195 |
| § | |
| CITY OF BROWNSVILLE, TEXAS, § | |
| ET AL § | |

## ORDER TO APPEAR FOR ATTORNEY IN CHARGE

On this day came CINDY A. GARCIA and by motion duly filed herein requested the Court to grant her Motion to have REYNALDO G. GARZA, III appear at the hearing on Initial Pre-Trial and Scheduling Conference, scheduled for September 29, 1999 at 2:00 p.m. on behalf of CINDY A. GARCIA, attorney in charge, and the Court having considered said Motion,

IT IS ORDERED that CINDY A. GARCIA's Motion to Appear in these proceedings is hereby GRANTED.

SIGNED: September 29, 1999.

_____
JUDGE PRESIDING

H:\CAG\COVARRUB.IAS\PLDNGS\M2Appear.wpd