54

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED
OCT 0 4 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

Covarrubias §
§
versus §  CIVIL ACTION B- 96-195
§
City v Brownsville §
§

## Scheduling Order

1. Trial: Estimated time to try: _____ days.     ☐ Bench  ☐ Jury

2. New parties must be joined by: _____

    Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by: _____

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert. _____

5. Discovery must be completed by: _____

    Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.

6. Motions will be filed by: _____

*******************************************************************************

7. Joint pretrial order is due: _____

    The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: 03-03-2000

    The case will remain on standby until tried.

9. Jury Selection:    03-07-2000

Signed September 29, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge