56

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 06 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PEDRO COVARRUBIAS, JR. | & | |
| | & | |
| VS. | & | |
| | & | |
| CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE DEPARTMENT, VICTOR RODRIGUEZ, CITY OF BROWNSVILLE CHIEF OF POLICE, AND RAYMUNDO SALINAS, JR., CITY OF BROWNSVILLE POLICE OFFICER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY | & & & & & & & & | CIVIL ACTION NO. B-96-195 |

**ORDER GRANTING UNOPPOSED MOTION TO APPEAR FOR ATTORNEY-IN-CHARGE**

On this 6th day of October, 1999, came to be considered the foregoing **Unopposed Motion to Appear for Attorney-in-Charge**. After consideration of the motion and its contents, it is the finding of this Court that said Motion should be ~~GRANTED~~ Denied, therefore;

**IT IS ORDERED** that VICTOR QUINTANILLA, an Associate of the **LAW OFFICES OF ERNESTO GAMEZ, JR., P.C.**, appear to any future settings and/or hearings scheduled by this Court in the above-styled and numbered civil action.

**SIGNED** on this the 6th day of October, 1999.

_____
**JUDGE PRESIDING**

Denied
October 6, 1999