61

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 14 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PEDRO COVARRUBIAS, JR. | & |
| | & |
| VS. | & |
| | & |
| CITY OF BROWNSVILLE, CITY OF | & |
| BROWNSVILLE POLICE DEPARTMENT, | &  CIVIL ACTION NO. B-96-195 |
| VICTOR RODRIGUEZ, CITY OF | & |
| BROWNSVILLE CHIEF OF POLICE, | & |
| AND RAYMUNDO SALINAS, JR., | & |
| CITY OF BROWNSVILLE POLICE | & |
| OFFICER, INDIVIDUALLY AND IN | & |
| HIS OFFICIAL CAPACITY | & |

**ORDER GRANTING UNOPPOSED MOTION TO APPEAR FOR ATTORNEY-IN-CHARGE**

On this 13 day of December, 1999, came to be considered the foregoing **Unopposed Motion to Appear for Attorney-in-Charge**. After consideration of the motion and its contents, it is the finding of this Court that said Motion should be **GRANTED**, therefore;

**IT IS ORDERED** that VICTOR QUINTANILLA, an Associate of the **LAW OFFICES OF ERNESTO GAMEZ, JR., P.C.**, appear to the hearing set for Thursday, December, 1999 at 9:30 a.m. in the 3rd Floor, #306 of the U.S. Courthouse in the above-styled and numbered civil action.

**SIGNED** on this the 13 day of December, 1999.

_____
JUDGE PRESIDING