64

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PEDRO COVARRUBIAS, JR. | & |
| | & |
| VS. | & |
| | & |
| CITY OF BROWNSVILLE, CITY OF | & |
| BROWNSVILLE POLICE DEPARTMENT, | & CIVIL ACTION NO. B-96-195 |
| VICTOR RODRIGUEZ, CITY OF | & |
| BROWNSVILLE CHIEF OF POLICE, | & |
| AND RAYMUNDO SALINAS, JR., | & |
| CITY OF BROWNSVILLE POLICE | & |
| OFFICER, INDIVIDUALLY AND IN | & |
| HIS OFFICIAL CAPACITY | & |

## ORDER

On this 13 day of December, 1999, came to be considered Unopposed Motion to Designate Attorney-in-Charge. After consideration of the pleadings, the evidence, and argument of counsel, it is the finding of this Honorable Court that said Motion should be **GRANTED**, therefore;

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion to Designate Attorney-in-Charge is **GRANTED**.

IT IS HEREBY ORDERED that **HON. VICTOR QUINTANILLA, esq.**, State Bar No. 00786181, Federal Id. No. 16073 of the **LAW OFFICES OF ERNESTO GAMEZ, JR., P.C.**, 777 E. Harrison St., Brownsville, Texas, 78520, Telephone No. (956) 541-3820, Telefax No. (956) 541-7694 will serve as lead counsel and/or attorney-in-charge for the Plaintiff **PEDRO COVARRUBIAS, JR.** in the above-styled and numbered civil action, and appear as such in all future settings, conferences, and trial.

      **SIGNED** on this the ___13___ day of ___December___, 1999.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

xc:  Hon. Thomas W. Long
     **HIRSCH ROBINSON, L.L.P.**
     3700 One Houston Center
     1221 McKinney
     Houston, Texas  77010-2010

     Hon. Mark Ralls
     **COWEN & RALLS, P.C.**
     405 North St. Mary's Street, Suite 500
     San Antonio, Texas  78205

     Hon. Rudy X. Rodriguez
     Attorney at Law
     1117 E. Harrison St.
     Harlingen, Texas  78550