66

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 17 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PEDRO COVARRUBIAS, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-96-195 |
| | § | |
| CITY OF BROWNSVILLE, ET AL, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on December 15, 1999, the Court heard argument on and considered Defendant CITY OF BROWNSVILLE's motion for reconsideration of motion for summary judgment (Dkt. No. 57) and Defendant SALINAS, RODRIGUEZ, BROWNSVILLE POLICE DEPARTMENT and THE CITY OF BROWNSVILLE's motion for summary judgment (Dkt. No. 58). For the reasons stated at the hearing, the Court ruled as follows:

1. Plaintiff's oral motion for leave to file its first supplemental response to Defendants' motion for summary judgment is GRANTED.
2. Defendant City of Brownsville's motion for summary judgment (Dkt. No. 57) is GRANTED.
3. Defendants SALINAS and RODRIGUEZ's motion for summary judgment (Dkt. No. 58) is GRANTED.
4. Parties having agreed that the Brownsville Police Department is not a proper party, all claims against the Brownsville Police Department are DISMISSED with prejudice.
5. The parties are further order to file no other pleadings on these issues in this Court, including motions to reconsider.

DONE at Brownsville, Texas, this ___16___ day of December 1999.

Hilda G. Tagle
United States District Judge