67

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**DEC 17 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PEDRO COVARRUBIAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-96-195 |
| | § | |
| CITY OF BROWNSVILLE, ET AL, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

BE IT REMEMBERED that on December 15, 1999, the Court, having granted Defendants' motions for summary judgment, ORDERED that Plaintiff Pedro Covarrubias take NOTHING from the Defendant and that all claims against the Defendants are DISMISSED with prejudice.

DONE at Brownsville, Texas, this ___16___ day of December 1999.


Hilda G. Tagle

United States District Judge