75

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JAN 0 4 2001

Michael N. Milby, Clerk of C---
By Deputy Clerk

PEDRO COVARRUBIAS, JR. §
§
versus § CIVIL ACTION B-96-195
§
CITY OF BROWNSVILLE, TX., et al §

## Order Setting Docket Call And Jury Selection

1. Joint pretrial order is due on:     2/15/01
   *Plaintiff is responsible for filing the pretrial order on time.*

2. Docket call and final pretrial conference has been set for 1:30 p.m. on:     3/1/01

3. Jury selection is set for 9:00 a.m. on:     3/5/01
   *The case will remain on standby until tried.*

4. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed _January 2_, 2001 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge