76

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 8 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PEDRO COVARRUBIAS, JR. § | |
| § | |
| v. § | |
| § | |
| CITY OF BROWNSVILLE, CITY OF § | CIVIL ACTION NO. |
| BROWNSVILLE POLICE DEPARTMENT, § | B-96-195 |
| VICTOR RODRIGUEZ, CITY OF § | |
| BROWNSVILLE CHIEF OF POLICE, AND § | |
| RAY SALINAS, CITY OF BROWNSVILLE § | |
| POLICE OFFICER, INDIVIDUALLY AND § | |
| IN HIS OFFICIAL CAPACITY § | |

## AMENDED DESIGNATION OF LEAD ATTORNEY

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES the Defendant, CITY OF BROWNSVILLE, and hereby respectfully designates N. MARK RALLS of Chaves, Gonzales & Hoblit, L.L.P., One Riverwalk Place, 700 N. St. Mary's Street, Suite 1800, San Antonio, Texas 78205, as its lead attorney in the above-numbered and styled cause, and in place of former lead counsel, Rudy X. Rodriguez.

Respectfully submitted,

CHAVES, GONZALES & HOBLIT, L.L.P.
One Riverwalk Place, Suite 1800
700 N. St. Mary's Street
San Antonio, Texas 78205

By: _____
N. MARK RALLS
State Bar No. 16489200
Federal ID No. 24392

ATTORNEYS FOR DEFENDANT
CITY OF BROWNSVILLE

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January 2001, a true and correct copy of the above and foregoing *Amended Designation of Lead Counsel* was sent by certified mail, return receipt requested, to the following counsel of record:

Mr. Victor Quintanilla
LAW OFFICES OF ERNEST GAMEZ, JR., P.C.
777 E. Harrison Street
Brownsville, Texas 78520-7118

Honorable Jay D. Hirsch
HIRSCH ROBINSON, L.L.P.
1001 McKinney Street, 20th Floor
Houston, Texas 77002

N. MARK RALLS