78

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED Entered
FEB 22 2001
Michael N. Milby, Clerk of Court
By: [signature]

| | | |
|---|---|---|
| PEDRO COVARRUBIAS, | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. B-96-195 |
| CITY OF BROWNSVILLE, ET AL, | § § | |
| Defendants. | § § | |

### ORDER

PURSUANT TO THE FIFTH CIRCUIT'S OPINION [Dkt. No. 70] vacating this Court's grant of summary judgment with respect to the Plaintiff's state-law claims, the Court hereby declines to exercise supplemental jurisdiction and **REMANDS** this action back to the 357th Judicial District Court of Cameron County for resolution of the remaining state-law claims.

DONE at Brownsville, Texas, this 22nd day of February 2001.

[signature]
Hilda G. Tagle
United States District Judge